UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:15-cr-31-FtM-38CM

JAMESSE LUNDI

## PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) for a preliminary order of forfeiture for the following property:

    a.    A Ruger, New Model Single-Six, .22 caliber revolver, Serial Number: 69-13936;

    b.    A Mossberg, Model 88, 12 gauge shotgun, Serial Number: MV20223T; and

    d.    174 rounds of assorted ammunition and shotgun shells.

Being fully advised in the premises, the Court finds as follows:

WHEREAS, the defendant has been found guilty of being a convicted felon in possession of the firearms and ammunition described above, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), as charged in Count Two of the Indictment; and

WHEREAS, the United States has established the requisite nexus between the defendant's crime of conviction and the property identified above, the government is now entitled to possession of the ammunition, pursuant to the

provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, it is **ORDERED t**hat the Motion of the United States is **GRANTED**.

Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the firearms and ammunition identified above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

The Court retains jurisdiction to address any third party interest that may be asserted and to effect the forfeiture and disposition of the property.

**DONE ORDERED** in Fort Myers, Florida, this 2nd day of September, 2015.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties\Counsel of Record